COMMONWEALTH of Pennsylvania,
Respondent

v.

Michael BAILEY, Petitioner.

Supreme Court of Pennsylvania.

Jan. 12, 2005.

COMMONWEALTH of Pennsylvania,
Respondent

v.

Donald Robert CONKLIN, Petitioner.

Supreme Court of Pennsylvania.

Jan. 12, 2005.

*ORDER*

PER CURIAM.

**AND NOW,** this 12th day of January 2005, the Petition for Allowance of Appeal in the above captioned matter is **GRANTED,** limited to the following issue:

Whether the aggravating factors the trial court relied upon in resentencing petitioner for the aggravated assault conviction and possession with intent to deliver cocaine convictions were impermissible?

The Superior Court order is **VACATED,** and the matter is **REMANDED** for the Superior Court to consider the reviewability and merits of the above claim.

*ORDER*

PER CURIAM.

**AND NOW,** this 12th day of January, 2005, the Petition for Allowance of Appeal is hereby **GRANTED,** limited to the following issue:

Whether the Commonwealth, as part of its burden of proof in a proceeding to determine whether an individual is a sexually violent predator, must present expert testimony, in the form of a clinical diagnosis by a licensed psychologist or psychiatrist, that the individual suffers from a personality disorder or mental abnormality that makes the person likely to engage in predatory sexually violent offenses.